No. 84–325. METROPOLITAN LIFE INSURANCE CO. *v.* MASSACHUSETTS; and

No. 84–356. TRAVELERS INSURANCE CO. *v.* MASSACHUSETTS. Appeals from Sup. Jud. Ct. Mass. Probable jurisdiction noted, cases consolidated, and a total of one hour allotted for oral argument. Reported below: 391 Mass. 730, 463 N. E. 2d 548.

No. 83–2136. CONNECTICUT DEPARTMENT OF INCOME MAINTENANCE *v.* HECKLER, SECRETARY OF HEALTH AND HUMAN SERVICES, ET AL. C. A. 2d Cir. Certiorari granted. 

No. 83–2143. TENNESSEE *v.* STREET. Ct. Crim. App. Tenn. Certiorari granted. 

No. 84–55. EMPLOYERS NATIONAL INSURANCE CO. *v.* OCHOA. C. A. 5th Cir. Certiorari granted. 

No. 84–194. UNITED STATES *v.* SHEARER, INDIVIDUALLY, AND AS ADMINISTRATRIX FOR THE ESTATE OF SHEARER. C. A. 3d Cir. Certiorari granted. 

No. 84–261. COMMODITY FUTURES TRADING COMMISSION *v.* WEINTRAUB ET AL. C. A. 7th Cir. Certiorari granted. 

No. 84–312. DEVINE, DIRECTOR, OFFICE OF PERSONNEL MANAGEMENT *v.* NAACP LEGAL DEFENSE AND EDUCATIONAL FUND, INC., ET AL. C. A. D. C. Cir. Motion of United Black Fund of America et al. for leave to file a brief as *amici curiae* granted. Certiorari granted. JUSTICE MARSHALL took no part in the consideration or decision of this motion and this petition.

No. 84–335. MITCHELL *v.* FORSYTH. C. A. 3d Cir. Certiorari granted. JUSTICE REHNQUIST took no part in the consideration or decision of this petition. 

No. 84–5059. RAMIREZ *v.* INDIANA. Ct. App. Ind. Motion of petitioner for leave to proceed *in forma pauperis* and certiorari granted.